FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB - 9 2026 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
_____ x

RECEIVED
FEB - 9 2026
EDNY PRO SE OFFICE

REC'D IN PRO SE OFFICE
FEB 9 '26 PM 12:05

GEORGE BENTO

against

JOHN DOE and SNIFFIES LLC

_____ X

ORDER TO SHOW CAUSE FOR
PRELIMINARY INJUNCTION AND
TEMPORARY RESTRAINING ORDER

# 26-CV-00707

_____ CV _____ ( )

# Bulsara,D.J.
# Shields,M.J.

Upon the reading and filing the affidavit(s) of [4. Your name(s)]
George Bento
_____, sworn to on [5. Date the Affidavit was sworn to
before a notary public] Jan 26 _____, 20 26 and upon the exhibits attached
to the affidavit, and [6. Identify other supporting papers, such as, additional affidavits]
see affidavit in support emails to Sniffies LLC but they refused to remove
the fraudulent profile. EX-5,6
_____

Let the plaintiff/defendant(s) or their attorney(s) show cause at IAS PART____ Room ___,
of this Court, to be held at the Courthouse, 100 Federal Plaza, Central Islip, New York 11722
on _____, 20____ , at ____o'clock in the ____ noon or as soon as the
parties to this proceeding may be heard why an order should not be made, providing the
following relief: [7. Describe what you are asking the Court to do]
Order Sniffies LLC to identify John Doe who is impersenation the
Plantiff On their website submit any and all documents referring to John DOE
Doe

Including but not limited to account opening and any transmissions from the account to individuals on their website

for the reasons that [8.Describe the reasons your request should be granted] Federal law, specifically through recent FTC rules and proposed legislation like H.R.5586, allows for significant penalties, including civil penalties up to $150,000 per violation, for impersonating potentially individuals
Violating; NY Civil Rights Law §§ 50-51
NY Penal Law § 190.25
NY Penal Law § 190.80
NY's  NO FAKES ACT


Pending the hearing of this motion it is;

Ordered that [9. State what you want the Court to stay/stop.]
1. Sniffies  immediately close John Doe's account who is using pictures of the plaintiff, his home and pictures of his Corvette and Lexus in the account he created. 2.Order Sniffies LLC to submit the identity of the impersonator, any postings since the commencement of this account 3. Include any and all photographs used in the account during the duration of the accounts existance, 4. Sniffies shall serve a copy of OSC/ TRO to Defendants New York Eastern District 200 Federal Plaza Central Islip

Sufficient cause appearing therefor, let personal service of a copy of this order, and the affidavit and all other papers upon which this order is granted, upon all parties to this plaintiff(s)/defendant(s), by _____

on or before _____, 20____ be deemed good and sufficient service hereof. An affidavit or other proof of service shall be presented to this Court on or before the return date directed in the second paragraph of this order.


DATED:                                    _____
Brooklyn, New York                        United States District Judge

*IN SUPPORT OF ORDER TO SHOW CAUSE FOR*
*PRELIMINARY INJUNTION*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

GEORGE BENTO
_____ ,
[11. Fill in name(s)]                    Plaintiff(s)

-against-

JOHN DOE, SNIFFIES LLC
_____ ,
[12. Fill in name(s)]                    Defendant(s)

--------------------------------------------------------------------X

[10. Index No. & Year]
Index No.
_____/_____
AFFIDAVIT IN SUPPORT
I NJUNTION
TRO

STATE OF NEW YORK,
COUNTY OF *NASSAU* ss:

[13. Your name] George Bento _____, being duly sworn, deposes
and says:

1) I am the [14. Circle one] plaintiff/defendant, in this action. I make this affidavit in support
of my motion for an order [15. State what you want the Court's Order to provide/grant
you include why you should be granted immediate relief pending the hearing of this
motion by the Court. The above statement must also be included in the Order to
Show Cause or Notice of Motion.]

Order Sniffies LLC to identify John Doe who is impersenation the
PlantiffOn their website submit any and all documents referring to John Doe

Including but not limited to account opening and any transmissions from
the account to individuals on their website

Order Sniffies LLC to imedietly remove/close the account created by the
impersonator, John Doe. Issue to John Doe a copy of this OSC with TRO
at their expense

2) I believe the Court should grant my motion because **[16. Explain your reasons. Attach additional pages if necessary]**

Federal law, specifically through recent FTC rules and proposed legislation like H.R.5586, allows for significant penalties, including civil penalties up to $150,000 per violation, for impersonating potentially individuals

Violating; NY Civil Rights Law §§ 50-51

NY Penal Law § 190.25

NY Penal Law § 190.80

NY's NO FAKES ACT

3) I request that the Court issue an Order temporarily restraining the plaintiff/defendant from **[17. State the nature of the action or activity sought to be restrained.]**

impersonating the plaintiff

for the reason(s) that

**[18. State the reasons- specifically why the order needs to be immediately granted.]**
*Defendant is exposing the plaintiff to unknow harm risk by possibly sending individuals to the property in clear violation of State and Federal Law negitively affecting Plaintiff*

4) A prior application **[19. Check that a prior application has been made only if you are seeking the same relief again]** ☐ *has or* ☑ *has not been made for the relief requested herein. If a prior application has been made then provide the following information* **[20. What Court, when, who made the application, the result of the application, attach a copies of the application and explain why you are making another application.]**

_____

_____

_____

_____

_____

_____

_____

_____

WHEREFORE, I respectfully request that this motion be granted, that the Court issue a temporary restraining order, and that I have such other and further relief as the Court may find to be just and proper.

_____
**[21. SIGN YOUR NAME BEFORE NOTARY]**

SEE ATTACHED
CPLR 2106

Sworn to before me this
day of _____, 20____

George Bento
**[22. PRINT YOUR NAME]**

_____
Notary Public
**[23. Affidavit must be notarized]**

Pursuant to CPLR2106, I affirm this 28th day of January, 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law"

George Bento

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GEORGE BENTO

_____ ,

[25. Fill in name(s)]          Plaintiff(s)

[24. Index No. & Year]
Index No.

_____ / _____

-against-

JOHN DOE, SNIFFIES LLC

_____ ,

[26. Fill in name(s)]          Defendant(s)

------------------------------------------------------------X

PRELIMINARY INJUNCTION
Order to Show Cause, TRO affidavit in support, exhibits

[27. Insert name(s) of papers submitted]

[28. YOUR SIGNATURE]

George Bento

[29. PRINT YOUR NAME]

51 Meadow Lane

[30. YOUR ADDRESS]

Hicksville New York

[31. CITY, STATE ZIP CODE]

407-898-9824

[32. YOUR PHONE NUMBER]

EXHIBITS IN SUPPORT OF ORDER TO SHOW CAUSE
AND REQUEST FOR INJUNCTION

Defendant also posted a photo of the Plaintiffs property showing his 1996 Collectors Edition
Corvette and Lexus                                                                    Ex-1

Defendant created an account using a photo of my property, within that photo Defendant placed
a picture of Plaintiff                                                                Ex-2

Defendant continued using the Plaintiffs property but adding a different photo it is unclear if
this is the Defendant                                                                 EX-3,4

E-mails to Sniffies LLC to place a Litigation Hold on the Defendants records, Plaintiff included
the Defendants ID number included in the address bar 6941af6f58286749b189fded but Sniffies
LLC allowed the defendant to continue using the account putting the Plaintiff in additional risk
of threats to property and the Plaintiff,                                             Ex-5

Complaint to BBB, BBB states they contacted Sniffies LLC but they refused to respond Ex-6





EX-2



EX-3



Chaddd22

Dec 23, 2025, 10:56 PST

This is to notify you, Sniffies to preserve records (a "Litigation Hold") as litigation is reasonably anticipated. i want the identity of this individual they have posted a pic of my house on your website i will be pressing criminal charges and a lawsuit im instructing you to retain this profile within your legal department and create a background check to identify the individual and the exact location for use in court and by law enforcement do not allow this profile to be deleted. In addition send me verification you are entitled to do business in Florida include you ID number and the registered agent accepting Complaints, summons, and subpoenas in Florida and identify the registered agent.

Attachment(s)

Screenshot (782).png

Screenshot (785).png

Screenshot (721).png

Screenshot (786).png

Screenshot (787).png

This email is a service from **Sniffies**. Delivered by **Zendesk**

[REDACTION-VECTOR]

 **Chad Torino** <chaddd22@gmail.com>                                    Dec 31, 2025, 1:25 PM
to Support

Susan i may file in Federal Court, jurisdiction allows me to file in the Court where the compan , Sniffies does business. Please forward your legal address where you do business, you should also have a registered agent in every state you do business to accept legal documents. Who is your registered agent in New York, Florida and the state in which you do business. thank you

Chaddd22

Dec 23, 2025, 17:36 PST

6941af6f58286749b189f

6941af6f58286749b189fded  so this would be his id number?

how would i know the users email address?

EX - 5

**BBB**

Serving:
Alaska, Central Colorado, Hawaii, Idaho, Montana, Oregon, Washington, and Western Wyoming
PO Box 191279
Boise, ID 83719

1/14/2026

Michael Bento

, FL, 32801-3119

Hi Michael Bento,

*This is about your complaint against Sniffies.com filed on 12/23/2025 (Complaint ID: 24313519).*

BBB is a non-profit reporting agency that promotes ethical business practices. While we encourage businesses to respond to complaints, we can't force them to do so.

We've contacted the company multiple times about your complaint, but we haven't received a response. Therefore, we're closing your complaint as **No Response**. This will be publicly reported for the next three years on the company's BBB Profile and may result in a lower letter grade rating.

EX - 6