# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB - 9 2026 ★
LONG ISLAND OFFICE

| | |
|---|---|
| George Bento <br><br> *Plaintiff(s)* <br> v. <br> Sniffies LLC and John Doe <br><br> *Defendant(s)* | Civil Action No. 2:26-707-SJB-AYS |

RECEIVED
FEB - 9 2026
EDNY PRO SE OFFICE

REC'D IN PRO SE OFFICE
FEB 9 '26 PM 12:58

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sniffies LLC
8 The Green Suite B
Dover, Delaware 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: George Bento
51 Meadow Lane
Hicksville, NY 11801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: 02/09/2026

*Signature of Clerk or Deputy Clerk*